AD386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   27A

PD 201205 383246
12-05-20
# 5741

HOMICIDE



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   27B



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   27C



A0386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   27D



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        27E



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.          23-20431-CR-RKA

EXHIBIT
NO.          27F



AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   27G



AD386-C

**GOVERNMENT EXHIBIT**

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        27H



AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   27I



AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    27J



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 27K



AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.     23-20431-CR-RKA

EXHIBIT
NO.     27L



GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   27M



GOVERNMENT
EXHIBIT

CASE
NO. 23-20431-CR-RKA

EXHIBIT
NO. 27N



AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    27O



# PD 201205-383246

## HOMICIDE SUP

## π # 8085

## 12·5·20

GOVERNMENT
EXHIBIT

CASE
NO.  23-20431-CR-RKA

EXHIBIT
NO.  28A

AO386-C





A0386-C

**GOVERNMENT EXHIBIT**

CASE NO.    23-20431-CR-RKA

EXHIBIT NO.    28D



GOVERNMENT EXHIBIT

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 28E



A0386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   28F



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.    23-20431-CR-RKA

EXHIBIT NO.    28G



AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        28H





AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.  23-20431-CR-RKA

EXHIBIT
NO.  28J



A0386-C

**GOVERNMENT EXHIBIT**

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 28K



AC3380-C

GOVERNMENT EXHIBIT

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   28L



GOVERNMENT
EXHIBIT

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    28M



AC08E-C

GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   28N



AD386-C

GOVERNMENT
EXHIBIT

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      280



A0386-G

GOVERNMENT
EXHIBIT

CASE
NO.          23-20431-CR-RKA

EXHIBIT
NO.          28P





A0386-C

**GOVERNMENT EXHIBIT**

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    28R



GOVERNMENT
EXHIBIT

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    28S



A0386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   28T

Case 0:23-cr-20431-RKA Document 160-2 Entered on FLSD Docket 12/31/2024 Page 36 of 70



A0386-C

GOVERNMENT
EXHIBIT

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        28W





AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      28Y



GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   28Z





W2088-C

**GOVERNMENT
EXHIBIT**

CASE
NO.     23-20431-CR-RKA

EXHIBIT
NO.     29AA





GOVERNMENT EXHIBIT

A0386-C

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 29BB

12/5/2020        WebBEST Receipt

**In-Town Rental (OUT)** - Saturday, 12/5/2020 10:49 AM   Contract No.: 84676761   Equip.: - BE 4321X
ROADSIDE ASSISTANCE: visit uhaul.com/help
Dispatched From: (034771 - **Safe-Protection**:(YES)

Customer:
UPSHAW RODNEY      7864911827
1001 NW 54 TH ST      7869917237
MIAMI, FL 33127      DL: xxxxxxxxx0110, FL,
       0124

Renting Location:
JCVI Corporation - (034771)
2020 NW 22nd St
MIAMI , FL 33142 (305)635-0186

### Terms & Conditions

Rental Out Date/Time: 12/5/2020 10:49 AM     Rental Due Date/Time: 12/6/2020 10:30 AM

If you return after store hours please verify your equipment return on your mobile device by going to uhaul.com/share. Or you can choose to have a U-Haul Representative verify it for you the next business day. There is a $20.00 convenience fee for this option.

- Failure to return the equipment by the Rental Due time may result in additional charges.

| Equipment | Mi Out | Mi Rate | Mi Charge | Coverage | Rental Rate | Rental Charge | Estimated Charges |
|---|---|---|---|---|---|---|---|
| BE 4321X | 7564.0 | $0.79 X 50.0 | $39.50 | CDW $20.00 | $19.95 | $19.95 | $79.45 |
| A179460 AZ | | | | | | | |

**FUEL TANK CAPACITY: 31 GALLONS**

E   1/4   1/4   3/8   1/2   5/8   3/4   7/8   F

20.2 19.0 18.1 16.7 15.5 13.5 12.2 10.4 9.4 8.6 7.0 5.2 3.8 2.0 1.0

**Estimated gallons needed to return to agreed to level of Full**

Card Type:      Type:      Ref No:
MasterCard   XXXXXXXXXXXXXX7554 (S)   PREAUTH   034014516207    Approved: 124097

The bank has placed a HOLD for $84.69 on your account. This hold may appear on your statement. U-Haul will not charge/credit your card until you return the equipment and your rental charges are calculated. If the actual rental charges exceed the held amount, or if your rental is extended, U-Haul may charge the original amount and authorize a second amount for the estimated balance.

Estimated Environmental Fee: $1.00
Estimated Subtotal: $80.45
Estimated Rental Tax: $4.24
Estimated Charges Paid: $0.00
Estimated Total Charges: $84.69

Net Paid Today: $0.00

**In-Town Rental (OUT)** - Saturday, 12/5/2020 10:49 AM   Contract No.: 84676761   Equip.: - BE 4321X
ROADSIDE ASSISTANCE: visit uhaul.com/help
Dispatched From: (034771) - **Safe-Protection**:(YES)

Contract No.: 84676761      JCVI Corporation      2020 NW 22nd St      (305)635-0186
Saturday 12/5/2020 10:49 AM      (034771)      MIAMI , FL 33142

### Terms & Conditions

- I agree to verify my truck's fuel level is Full before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $3.50 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for fuel (if save receipts).
- I understand that I am financially responsible for the $150.00 deductible due to accident damage caused to BE 4321X.
- Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due, (including costs for damage to the property or equipment) are prima facie evidence of intent to defraud, punishable in accordance with section 812.155, Florida statutes.
- U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary of the limits of liability and personal injury protection coverage required by ss. 324.021(7) and 627.736, Florida Statutes.
- I understand that this equipment must be returned to the same U-Haul location where it was rented. I understand that the minimum rental charge for equipment returned to a different location is twice the amount of the current One Way rate from this U-Haul location to the actual drop-off location.
- I understand the the equipment rented is water resistant and not water proof.
- I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
- I understand that I will receive an email link to review the rental process and the U-Haul Store employees via feedback to U-Haul any compliments, concerns or requests that I have about my rental.
- I understand that I can also contact U-Haul Customer Service at uhaul.com/contact/email.aspx
- I understand that I am financially responsible for all damages to equipment.
- I agree to submit all legal claims in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from my local U-Haul representative.
- Watch for overhead objects and lock-up the cargo box. I understand that a collision with an overhead object and theft of my cargo are just two specific exclusions not covered by Collision Damage Waiver (CDW), Safemove, or Safetow protection.
- I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an **accident/crash** causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.

https://wb2.uhaul.com/wbreceipts/receipt.aspx?source=printing_objects&saveToWBSQL1=0&guid=7B00CAAF-0A3A-4A1A-B6D9-00582AA75582&Re...    1/5





GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   29C

GOVERNMENT
EXHIBIT

AO386-C

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    29CC

WebBEST Receipt

12/5/2020

**-In-Town Rental (OUT)** - Saturday, 12/5/2020 10:49 AM **Contract No.:** 84676761 **Equip.:** - BE 4321X
**ROADSIDE ASSISTANCE:** visit uhaul.com/help
**Dispatched From:** 034771 - **Safe-Protection:**(YES)

| Customer: | | Renting Locati |
|---|---|---|
| UPSHAW RODNEY | 7864911827 | JCVI Corporation |
| 1001 NW 54 TH ST | 7869917237 | 2020 NW 22nd S |
| MIAMI, FL 33127 | DL: xxxxxxxxx0110, FL, | MIAMI , FL 33142 |
| | 0124 | |

**Terms & Conditions**

Rental Out Date/Time: 12/5/2020 10:49 AM   **Rental Due Date/Time:** 12/6/2020 **10:30 AM**

If you return after store hours plea
return on your mobile device by g
Or you can choose to have a U-Ha
for you the next business day. The
convenience fee for this option.

• Failure to return the equipment
may result in additional charges.

| Equipment | MI Out | MI Rate | MI Charge | Coverage | Rental Rate | Rental Charge | Es |
|---|---|---|---|---|---|---|---|
| BE 4321X | 7564.0 | $0.79 X 50.0 | $39.50 | CDW $20.00 | $19.95 | $19.95 | |
| AJ79460 AZ | | | | | | | |

Estimated Environ
Estimate
Estimated
Estimated Ch
Estimated Tot

FUEL TANK CAPACITY: 31 GALLONS

E  1/8  1/4  3/8  1/2  5/8  3/4  7/8  F

20.2  19.0  18.3  16.7  15.5  13.6  12.2  10.4  9.4  8.6  7.2  5.3  4.0  3.0  2.0  1.0

**Estimated gallons needed to return to agreed to level of Full**

| Card Type: | Account: | Type: | Ref No: | Approved: |
|---|---|---|---|---|
| MasterCard | XXXXXXXXXXXXXXXX7554 (S) | PREAUTH | 034014516207 | 124097 |

Net

The bank has placed a HOLD for $84.69 on your account. This hold may appear on your statement. U-Haul
will not charge/credit your card until you return the equipment and your rental charges are calculated. If the
actual rental charges exceed the held amount, or if your rental is extended, U-Haul may charge the original
amount and authorize a second amount for the estimated balance.



**-In-Town Rental (OUT)** - Saturday, 12/5/2020 10:49 AM **Contract No.:** 84676761 **Equip.:** - BE 4321X
**ROADSIDE ASSISTANCE:** visit uhaul.com/help
Dispatched From: 034771 - **Safe-Protection:**(YES)



AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      29D



GOVERNMENT
EXHIBIT

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        29DD

23-20431-RKA Document 180-2 Entered on FLSD Docket 12/31/2024 Page 48 of 70





BE 4321 X

ur Phone



Truck Share 24/7 uhaul.com

**95**

N-TOWN
us Mileage/Fees



ARIZONA

AJ79460

APPORTIONED

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 29E

U-HAUL



TRUCK SHARE 24/7



EVIDENCE



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   29EE





AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    29G





AO3996-C

GOVERNMENT
EXHIBIT

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        29I



GOVERNMENT
EXHIBIT

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      29J



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   29K





GOVERNMENT EXHIBIT

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   29M



CAUTION
KEEP FOOT CLEAR
WHEN CLOSING DOOR

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 23-20431-CR-RKA

EXHIBIT NO. 29N



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20431-CR-RKA

EXHIBIT NO.   29O



GOVERNMENT
EXHIBIT

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      29P



GOVERNMENT
EXHIBIT

CASE
NO.          23-20431-CR-RKA

EXHIBIT
NO.          29Q







GOVERNMENT
EXHIBIT

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      29T



GOVERNMENT
EXHIBIT

CASE
NO.        23-20431-CR-RKA

EXHIBIT
NO.        29U



GOVERNMENT
EXHIBIT

CASE
NO.      23-20431-CR-RKA

EXHIBIT
NO.      29V



GOVERNMENT
EXHIBIT

CASE
NO.    23-20431-CR-RKA

EXHIBIT
NO.    29W





GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   29Y



AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.   23-20431-CR-RKA

EXHIBIT
NO.   29Z