











00028917